[No. 10542–6–I.   Division One.   March 21, 1983.]

JERRY ECKLUND, *Appellant,* v. PAT O'DAY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–06059–7, Frank L. Sullivan, J., entered June 26, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Ringold, J.

[No. 10171–4–I.   Division One.   March 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL RICHARD BENTLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03255–7, Frank J. Eberharter, J., entered January 9, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Corbett, J.

[No. 10741–1–I.   Division One.   March 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL C. TAMBURELLI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01356–9, Jim Bates, J., entered August 25, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Scholfield, J.

[No. 10026–2–I.   Division One.   March 21, 1983.]

DONNA HAMLIN, *Respondent,* v. JAMES RUSSELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–08626–6, George H. Revelle, J., entered February 17, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Corbett, JJ.